UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | |
|---|---|
| DOUGLAS E. JONES, ) | |
| ) | |
| Petitioner, ) | |
| ) | No. 1:04-CV-288 |
| v. ) | |
| ) | Chief Judge Curtis L. Collier |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

## O R D E R

For the reasons set forth in the accompanying Memorandum, the Court finds Petitioner Douglas E. Jones' conviction and sentencing were not in violation of the Constitution or laws of the United States and therefore **DENIES** Petitioner's motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255 (Court File No. 1). Accordingly, the Court **DENIES** Petitioner's motion for evidentiary hearing (Court File No. 8), motion for relevant record (Court File No. 10), and supplemental motion (Court File No. 12). Further, the Court certifies any appeal in this matter by Petitioner would not be taken in good faith and no certificate of appealability will issue pursuant to 28 U.S.C. § 2253(c).

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**