UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| DOUGLAS E. JONES, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | No. 1:04-CV-288 |
| v. | ) | |
| | ) | Chief Judge Curtis L. Collier |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

## JUDGMENT ON DECISION BY THE COURT

This case came before the Court on the 28 U.S.C. § 2255 motion filed by Petitioner Douglas E. Jones. The Honorable Curtis L. Collier, Chief United States District Judge, having rendered a decision on the petitioner's motion,

It is **ORDERED and ADJUDGED** that the action be **DISMISSED WITH PREJUDICE** on the merits.

Dated at *Chattanooga, Tennessee*, this ____ day of May, 2006.

                                              */s/ Patricia L. McNutt*
                                              PATRICIA L. McNUTT
                                              CLERK OF COURT